UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Raymond C. Osterbye, Esq.
The Law Offices of Raymond C. Osterbye
208 Main Street
Keansburg, NJ 07734
Tel: (732) 737-7729
Fax: (732) 737-7732

Order Filed on July 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WISSLER, RICHARD

Case No.: 17-18507-CMG

Chapter: _____

Hearing Date: 7/25/2017

Judge: C. M. GRAVELLE

## ORDER TO EXTEND TIME TO OBJECT TO DISCHARGE

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: July 25, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

IT IS HEREBY ORDERED

1) The time to object to a discharge has been extended 60 days beyond 7/24/2017.