UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Raymond C. Osterbye, Esq.
The Law Offices of Raymond C. Osterbye
208 Main Street
Keansburg, NJ 07734
Tel: (732) 737-7729
Fax: (732) 737-7732

Order Filed on July 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

WISSLER, RICHARD

Case No.: 17-18507 -CMG

Chapter:

Hearing Date: 7/25/2017

Judge: C. M. GRAVELLE

## ORDER TO EXTEND TIME TO OBJECT TO DISCHARGE

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: July 25, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

IT IS HEREBY ORDERED

1) The time to object to a discharge has been extended 60 days beyond 7/24/2017.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                            Case No. 17-18507-CMG
Richard J Wissler                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1             Date Rcvd: Jul 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2017.
db             +Richard J Wissler,   213 Main Street #9,   Keansburg, NJ 07734-1759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2017 at the address(es) listed below:
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Raymond C. Osterbye    on behalf of Debtor Richard J Wissler rosterbye@legalservicecenter.org,
               Reception@legalservicecenter.org
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6