IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: RICHARD WISSLER

        Debtor(s)

BANKRUPTCY CASE NO: 17-18507-CMG

Chapter 13

NOTICE OF MOTION TO REINSTATE STAY OF DEBTOR'S POSSESORY INTEREST IN THIS MATTER TO THE DOCKET

The above-captioned Debtor(s) hereby requests that this Court enter an Order Reopening this Bankruptcy permitting the Debtor to file his Financial Management Certificate by adding a lawsuit:

1. The debtor's is still in living in this location on 213 Main Street #9, Keansburg, NJ 07734.
2. The debtor is still in an active bankruptcy.
3. Debtor's counsel would like to negotiate leaving the apartment empty and broom clean by the end of September, 2017.

WHEREFORE, Debtor respectfully requests an Order Reinstating the Stay in this matter.

Respectfully submitted,

Date: 9/13/2017    By:  /S/ Raymond C. Osterbye, Esq.

        Raymond Charles Osterbye, Bar#   038692013
        Law Offices of Raymond C. Osterbye
        208 Main Street
        Keansburg, NJ 0734
        Tel: (732) 737-9929
        Fax: (732) 737-9932