UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for U.S. Bank, National Association, as Trustee for Terwin Mortgage Trust 2005-14HE Asset-Backed Certificates, Series 2005-14HE

**Order Filed on September 22, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Richard J. Wissler,

Debtor.

Case No.: 17-18507-CMG

Adv. No.:

Hearing Date: 9/22/2017 @ 2:00 p.m.

Judge: Christine M. Gravelle

## CONSENT ORDER TEMPORARILY REINSTATING STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 22, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Richard J. Wissler
Case No: 17-18507-CMG
Caption of Order: CONSENT ORDER TEMPORARILY REINSTATING STAY

_____

   This matter having been brought before the Court by KML Law Group, P.C., attorneys for Debtor, Richard J. Wissler, Raymond Osterbye, Esq. appearing upon a motion to reinstate the automatic stay, and Denise Carlon, Esquire, attorney for Secured Creditor, U.S. Bank, National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, and for good cause having been shown

   It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to U.S. Bank and as to real property known as 213 Main Street, Apartment 9, Keansburg, NJ 07734, is hereby temporarily REINSTATED through and including September 29, 2017; and

   It is further **ORDERED, ADJUDGED and DECREED** that no eviction shall occur prior to September 29, 2017;and

   It is further **ORDERED, ADJUDGED and DECREED** that the stay is vacated as of September 30, 2017; and

   It is further **ORDERED, ADJUDGED and DECREED** that the motion to reimpose the automatic stay as to U.S. Bank and the subject property is hereby resolved.


I hereby agree and consent to the above terms and conditions:

                           Dated: 09/21/2017

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR


I hereby agree and consent to the above terms and conditions:

                           Dated: 09/21/2017

*/s/ Raymond Osterbye*
RAYMOND OSTERBYE, ESQ., ATTORNEY FOR DEBTOR