

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for U.S. Bank, National Association, as Trustee for Terwin Mortgage Trust 2005-14HE Asset-Backed Certificates, Series 2005-14HE | **Order Filed on September 22, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>      Richard J. Wissler,<br><br>Debtor. | Case No.: 17-18507-CMG<br><br>Adv. No.:<br><br>Hearing Date: 9/22/2017 @ 2:00 p.m.<br><br>Judge: Christine M. Gravelle |

## CONSENT ORDER TEMPORARILY REINSTATING STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 22, 2017**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Richard J. Wissler
Case No: 17-18507-CMG
Caption of Order: CONSENT ORDER TEMPORARILY REINSTATING STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Debtor, Richard J. Wissler, Raymond Osterbye, Esq. appearing upon a motion to reinstate the automatic stay, and Denise Carlon, Esquire, attorney for Secured Creditor, U.S. Bank, National Association as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to U.S. Bank and as to real property known as 213 Main Street, Apartment 9, Keansburg, NJ 07734, is hereby temporarily REINSTATED through and including September 29, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that no eviction shall occur prior to September 29, 2017;and

It is further **ORDERED, ADJUDGED and DECREED** that the stay is vacated as of September 30, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that the motion to reimpose the automatic stay as to U.S. Bank and the subject property is hereby resolved.

I hereby agree and consent to the above terms and conditions:

                                      Dated: 09/21/2017

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR CREDITOR

I hereby agree and consent to the above terms and conditions:

                                      Dated: 09/21/2017

*/s/ Raymond Osterbye*
RAYMOND OSTERBYE, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:
Richard J Wissler
      Debtor

Case No. 17-18507-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 22, 2017
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.
db          +Richard J Wissler,   213 Main Street #9,   Keansburg, NJ 07734-1759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:
         Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, NA nj.bkecf@fedphe.com
         Barry Frost   trustee@teichgroh.com, NJ94@ecfcbis.com
         Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-14HE, Asset-Backed Certificates, Series 2005-14HE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, NA nj.bkecf@fedphe.com
         Raymond C. Osterbye   on behalf of Debtor Richard J Wissler rosterbye@legalservicecenter.org, Reception@legalservicecenter.org
         U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
         TOTAL: 6